JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, | Case No. CV 21-0488 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BON SUNG KOO, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of August, 2021.

/s/
Fernando M. Olguin
United States District Judge